## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| RENE PEREZ and MARIA LOPEZ, | |
| Plaintiffs, | Civil No. 13-2437 (JRT/JSM) |
| v. | |
| BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC., | **ORDER ON REPORT AND RECOMMENDATION** |
| Defendants. | |

Rene Perez and Maria Lopez, formerly represented by William Butler, *pro se* plaintiffs,

Mark G Schroeder, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 20, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.  Defendants' Motion to Dismiss [Docket No. 6] is GRANTED.

2. This matter is DISMISSED WITH PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 10, 2014
at Minneapolis, Minnesota

            s/John R. Tunhiem

             JOHN R. TUNHEIM
         United States District Judge